# United States District Court
## *Southern District of Georgia*

Alvin B. Carpenter,

                              JUDGMENT IN A CIVIL CASE

        V.                   CASE NUMBER: CV412-238,

SNL Distribution Services Corporation,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/22/14, granting the Plaintiff's motion for summary judgment, judgment is hereby entered dismissing the case.

9/22/14
Date



(By)